FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 31  AM 10:52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NORMAN COBBINS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4397** |
| **MARLIN GUSMAN, SHERIFF** | **SECTION "N"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Norman Cobbins's Title 42 U.S.C. § 1983 complaint against the defendants, Orleans Parish Criminal Sheriff Marlin Gusman, the Special Investigation Department, and the unidentified tier deputies, is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this ___30th___ day of ___July___, 2007.

UNITED STATES DISTRICT JUDGE